| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>LEXI P. NEGIN, #250376<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710 | |

Attorney for Defendant
CLIFTON DANIEL PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFTON DANIEL PARKER,<br><br>Defendant. | Case Nos. 2:19-cr-138 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: September 26, 2019<br>TIME 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Vincenza Rabenn, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Clifton Daniel Parker, that the status conference scheduled for September 26, 2019 be vacated and be continued to October 17, 2019 at 9:30 a.m.

The reasons for the continuance are to allow defense counsel to further review the discovery with her client, to pursue investigation, to continue negotiations toward a non-trial disposition, and to conduct further legal research.

Counsel for the defendant believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

Stipulation and Order
to Continue Status Conference

-1-

| | |
|---|---|
| 1 | excluded from the date of the parties' stipulation through and including October 17, 2019, |
| 2 | pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order |
| 3 | 479, Local Code T4 based upon continuity of counsel and defense preparation. |
| 4 | DATED: September 18, 2019     Respectfully submitted, |
| 5 | |
| 6 | HEATHER E. WILLIAMS<br>Federal Defender |
| 7 | */s/ Lexi P. Negin* |
| 8 | LEXI P. NEGIN<br>Assistant Federal Defender |
| 9 | Attorney for CLIFTON DANIEL PARKER |
| 10 | DATED: September 18, 2019     MCGREGOR W. SCOTT<br>United States Attorney |
| 11 | |
| 12 | */s/ Vincenza Rabenn*<br>VINCENZA RABENN |
| 13 | Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 17, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the September 26, 2019 status conference shall be continued until October 17, 2019, at 9:30 a.m.

Dated: September 19, 2019

Troy L. Nunley
United States District Judge