HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
CLIFTON PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:19-CR-138- TLN |
| Plaintiff, | STIPULATION AND ORDER RE: SENTENCING DATE AND NEW PSR SCHEDULE |
| vs. | Date:   May 28, 2020 |
| CLIFTON PARKER, | Time:   9:30 a.m. |
| Defendant. | Judge:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott,  through Assistant United States Attorneys Vincenza Rabenn, attorneys for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin, attorneys for defendant Clifton Parker that the sentencing be continued to June 18, 2020.  The proposed Pre-sentencing schedule is as follows:

| | |
|---|---|
| Sentencing: | June 18, 2020 |
| Replies to formal objections: | June 11, 2020 |
| Formal objections: | June 4, 2020 |
| PSR final: | May 28, 2020 |
| Informal objections: | May 21, 2020 |
| PSR Draft: | May 7, 2020 |

Stipulation re: Sentencing schedule                -1-

1
2                                  Respectfully submitted,

3  Dated: April 20, 2020            HEATHER E. WILLIAMS
                                        Federal Defender

4
5                                  *s/ Lexi Negin*
                                LEXI NEGIN
6                                  Assistant Federal Defender
                                Attorney for Defendant
7                                  CLIFTON PARKER

8
9  Dated: April 20, 2020            McGREGOR W. SCOTT
                                        United States Attorney

10
                                */s/ Vincenza Rabenn*
11                                 VINCENZA RABENN
                                Assistant Unied States Attorney
12                                 Attorney for Plaintiff

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation re: Sentencing schedule         -2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court thus orders the following schedule:

| | |
|---|---|
| Sentencing: | June 18, 2020, at 9:30 a.m. |
| Replies to formal objections: | June 11, 2020 |
| Formal objections: | June 4, 2020 |
| PSR final: | May 28, 2020 |
| Informal objections: | May 21, 2020 |
| PSR Draft: | May 7, 2020 |

Dated:  April 24, 2020

Troy L. Nunley
United States District Judge

Stipulation re: Sentencing schedule           -3-